IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                         CASE NO. 4:99-cr-40010

MARK ANTHONY WRIGHT                                                   DEFENDANT

## **ORDER**

Before the Court is Defendant's Motion for Judicial Recommendation for 12 Months RCC/Community Confinement. ECF No. 93. The Government has filed a response in which it opposes the requested relief. ECF No. 95. The Court finds this matter ripe for consideration.

In the instant motion, Defendant moves the Court to recommend that the Bureau of Prisons ("BOP") "afford Defendant Residential Re-entry Center Placement time of 12 months prior to the end of his sentence." ECF No. 93, p. 1. Defendant recognizes that ultimately the BOP has discretion to determine the propriety of placing an inmate in a residential re-entry center or halfway house. Defendant states that he was sentenced by this Court to a term of 293 months' imprisonment to be followed by a term of five years' supervised release and that his projected release date is December 10, 2020. ECF NO. 93, p. 1. Defendant further asserts that while incarcerated he has completed various courses as well as worked for the Federal Unicor program for sixteen years. ECF No. 93, p. 2. Defendant notes that he has been incarcerated for a substantial period of time and states that a twelve-month placement in a transitional facility is needed to help him successfully re-integrate into society. In response, the Government argues that the nature of Defendant's offense of conviction—theft of a motor vehicle-carjacking—and the amount and nature of disciplinary infractions he has incurred warrant denial of the instant motion.

Upon consideration, the Court finds that the instant motion should be denied. Although the Court applauds Defendant's completion of numerous courses and participation in the Federal Unicor work program while incarcerated, the Court finds that the present circumstances do not warrant the requested judicial recommendation. As Defendant notes, he has been incarcerated for a substantial amount of time. As such, the Court believes the BOP, with its access to all details and records of Defendant's confinement, is in the best position to determine how long Defendant should spend in a transitional facility.

For the foregoing reasons, the Court finds that Defendant's Motion for Judicial Recommendation for 12 Months RCC/Community Confinement (ECF No. 93) should be and hereby is **DENIED**.

**IT IS SO ORDERED**, this 31st day of August, 2018.

/s/ Harry F. Barnes
Harry F. Barnes
United States District Judge